# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER O'NEAL, | Case No. 2:21-cv-07735-FWS-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SIDESHOW, INC., INSIGHT EDITIONS, LP, GREG ANZALONE, | Hon. Fred W. Slaughter |
| Defendants, | |

///
///
///

1

This action came on for hearing before the Court, on January 5, 2023, the Hon. Fred W. Slaughter, District Judge presiding, on Defendants Sideshow, Inc., Insight Editions, LP, and Greg Anzalone's (collectively, "Defendants") Motion for Summary Judgment ("Motion") on Plaintiff Walter O'Neal's ("Plaintiff") sole claim for copyright infringement.

After full consideration of the papers, evidence, and authorities submitted by the parties, as well as any other relevant information in the Court's files and/or filed with the Court in connection with the Motion, the Court issued an Order **GRANTING** Defendants' Motion for Summary Judgment on March 14, 2023. (Dkt. 63.)

For the reasons set forth in the Court's Order (Dkt. 63), and having reviewed and considered Defendants' Proposed Judgment (Dkt. 64) and Plaintiff's objections thereto (Dkt. 66), **IT IS HEREBY ORDERED**, **ADJUDICATED** and **DECREED** that:

1. Final Judgment is entered in favor of Defendants and against Plaintiff's single claim for copyright infringement asserted against Defendants in the above-captioned case.
2. All previously set dates deadlines in this matter, including any dates still outstanding per the court's scheduling order (Dkt. 49), are **VACATED**.
3. Any motion or application for costs made by Defendants must be filed within fourteen (14) days and in compliance with L. R. 54-2, *et seq.*
4. The entire case is hereby adjudicated.

**IT IS SO ORDERED.**

Dated: April 4, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE